UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**EUNICE A. BRIGGS** and **TONI A. BRIGGS**,
as Co-Administratrixes of the Estate of
Richard E. Briggs,

      Plaintiffs,

vs.

**NOTICE OF MOTION**
**09-cv-6147-CJS**

**THE TOWN OF OGDEN, THE OGDEN POLICE
DEPARTMENT, CHIEF DOUGLAS NORDQUIST,
SERGEANT SHAWN FITZGERALD, SERGEANT
CHRISTOPHER MEARS, OFFICER STEVEN PLOOF,
THE COUNTY OF MONROE, THE MONROE COUNTY
SHERIFF'S OFFICE, SHERIFF PATRICK O'FLYNN,
SERGEANT THOMAS BURNS, DEPUTY MICHAEL
SHANNON, DEPUTY MATTHEW MACKENZIE,**
in their individual and official capacities, and other known
or unknown members of THE OGDEN POLICE DEPARTMENT
and THE MONROE COUNTY SHERIFF'S OFFICE,

      Defendant.

---

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Jeffrey Wicks, Esq., dated April 17. 2015, the exhibits annexed thereto, the Plaintiffs' Memorandum of Law and all the pleadings and proceedings heretofore had in this matter, the undersigned will move this Court, at the United States Courthouse, 100 State St., Rochester, New York 14614, at a date and time to be determined by the Court, for an Order pursuant to F.R.C.P. Rule 15(a) and (c) granting leave to the plaintiffs to amend their complaint by adding the following Monroe County Sheriff's Officers as defendants: Lieutenant Gregory T. Schroth,

Lieutenant Michael T. Fowler, Sergeant Matthew G. McGrath, and Investigator Sergeant Scott Walsh, holding that such amendment relates back to the date of the original pleading, and granting such other and further relief as this court may deem just and proper.

**The plaintiffs intend to file reply papers.**

Dated: April 17, 2015

Jeffrey Wicks, PLLC
Jeffrey Wicks, Esq., of Counsel
*Attorney for Plaintiffs*
36 W. Main St., Suite 101
Executive Building
Rochester, New York 14614
Telephone: (585) 325-6070
Fax: (585) 325-6082
Email: jwicks@wickslaw.net

TO: Matthew D. Brown
Deputy Monroe County Attorney
*Attorney for Defendant*
39 West Main Street, Room 307
Rochester, New York 14614
Tel.: 585-753-1407
Email: matthewbrown@monroecounty.gov